UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. KIRSCH, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0690 WBS DB P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On November 16, 2018, the court found the appointment of counsel for plaintiff warranted and referred this action to the court's Pro Bono Program Director to find counsel for plaintiff. (ECF No. 30.) Lawrance A. Bohm and Kelsey Ciarimboli have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Lawrance A. Bohm and Kelsey Ciarimboli are appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

////

////

1

3. The Clerk of the Court is directed to serve a copy of this order on Lawrance A. Bohm and Kelsey Ciarimboli, Bohm Law Group, Inc., 4600 Northgate Blvd., Suite 210, Sacramento, CA 95834.

4. On January 11, 2019 at 10:00 a.m., the undersigned will hold a status conference in courtroom #27. The parties need not file status conference statements. The court expects plaintiff's counsel to have familiarized themselves with this case by that time and expects all counsel to be prepared to discuss a schedule for these proceedings.

Dated: November 27, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/kren0690.31