Lawrance A. Bohm (SBN: 208716)
Kelsey K. Ciarimboli (SBN: 302611)
Scott C. Zienty (SBN: 324661)
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046

Attorneys for Plaintiff,
ALLAN DAVID KRENITSKY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. KIRSCH, Optometrist; J. JACKSON, M.D.; M. MARTINEZ, R.N.;<br><br>    Defendants. | Case No.: 2:18-cv-00690-WBS-DB<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANTS JACKSON AND MARTINEZ'S SPECIAL INTERROGATORIES, SET ONE AND REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE**<br><br>Action Filed:    March 29, 2018<br>Trial Date:       TBD |

Plaintiff Allan David Krenitsky hereby submits the following memorandum of points and authorities in Opposition to Defendants Motion to Compel Plaintiff's Responses to Jackson and Martinez's Special Interrogatories, Set One and Requests for Production of Documents.

## I.    INTRODUCTION

Defendant's Motion to Compel is moot because Plaintiff responded to all discovery requests. Plaintiff will provide verifications to the discovery requests as soon as his counsel is able to set up an appointment to meet with him. This appointment has been delayed because Plaintiff was recently transferred to a new facility. As a result of the transfer, Plaintiff's counsel

1

**Plaintiff's Opposition to Defendants Motion to Compel Plaintiff's**                                         Lawrance A. Bohm, Esq.
**Responses to Defendants Special Interrogatories, Set One and Requests for**                     Kelsey K. Ciarimboli, Esq.
**Production of Documents, Set One**                                                                                    Scott C. Zienty, Esq.
*Krenitsky v. Kirsch, et al.*                                                                                              Case No.: 2:18-cv-00690-WBS-DB

is required to obtain additional clearance in order to meet with Plaintiff.

## II.   RELEVANT FACTS

On or about November 27, 2018, this Court appointed Lawrance Bohm of Bohm Law Group to this case. (Declaration of Kelsey K. Ciarimboli, Esq. ("Kelsey Dec.") ¶ 3.)

From on or about February 25, 2019 to on or about April 24, 2019, Mr. Bohm was involved in two trials consecutively. One of these trials went three weeks longer than anticipated. Additionally, Mr. Bohm was scheduled to begin another trial on or about April 26, 2019, until it was delayed. (Ciarimboli Dec. ¶ 4.)

Due to Mr. Bohm's previous commitments, he has been unable to meet with Plaintiff. Kelsey K. Ciarimboli lives and practices in San Diego and thus has been unable to meet with Plaintiff as well. Ms. Ciarimboli is involved in this matter because she helped Mr. Bohm get appointed to this case. As such, Scott Zienty, an associate of Bohm Law Group, is the only attorney that is able to meet with Plaintiff. (Ciarimboli Dec. ¶ 5.)

On or about March 29, 2019, Plaintiff responded to Defendant Dr. Kirsch's discovery requests. (Ciarimboli Dec. ¶ 6.)

On or about April 30, 2019, Plaintiff responded to Defendant's discovery requests at issue in this Motion. (Ciarimboli Dec. ¶ 7.)

Plaintiff was forced to send these responses unverified as Plaintiff's counsel has not been granted clearance to meet with Plaintiff regarding verification. Plaintiff's counsel informed Defendant that Plaintiff would most likely be unable to provide the discovery verifications before the Motion to Compel hearing date. (Ciarimboli Dec. ¶ 8.)

Plaintiff made assurances to Defendant that he would provide the discovery verifications as soon as Plaintiff's counsel is granted clearance to an in-person appointment with Plaintiff. Mr. Bohm and Ms. Ciarimboli have been granted clearance. Mr. Zienty has applied for clearance but it has not been granted yet. (Ciarimboli Dec. ¶ 9.)

///

///

///

**Plaintiff's Opposition to Defendants Motion to Compel Plaintiff's Responses to Defendants Special Interrogatories, Set One and Requests for Production of Documents, Set One**
*Krenitsky v. Kirsch, et al.*

Lawrance A. Bohm, Esq.
Kelsey K. Ciarimboli, Esq.
Scott C. Zienty, Esq.
Case No.: 2:18-cv-00690-WBS-DB

### III. ARGUMENT

Defendant's Motion is moot. Defendant seeks to compel discovery responses that have already been provided. Plaintiff has responded to every discovery request sent by Defendant. Plaintiff's counsel will obtain verifications from Plaintiff as soon as Plaintiff's counsel is granted clearance to an in-person appointment. Mr. Bohm has been either in trial or prepping for trial and therefore has been unable to meet with Plaintiff. Additionally, Ms. Ciarimboli lives and practices in San Diego and has thus been unable to meet with Plaintiff. As such, once Mr. Zienty is granted clearance to an in person meeting with Plaintiff, Plaintiff will provide the discovery verifications.

Despite Plaintiff's discovery responses and numerous assurances regarding verification, Defendant has refused to withdraw this Motion. Once again, Defendant seeks to compel discovery responses that have already been provided and therefore this motion is moot and waste of the Court's time.

### IV. CONCLUSION

For the reasons set forth above, Defendant's motion should be deemed as moot.

Date: May 3, 2019

By: _____
LAWRANCE A. BOHM, ESQ.
KELSEY K. CIARIMBOLI, ESQ.
SCOTT C. ZIENTY, ESQ.

Attorneys for Plaintiff,
ALLAN DAVID KRENITSKY

3

**Plaintiff's Opposition to Defendants Motion to Compel Plaintiff's Responses to Defendants Special Interrogatories, Set One and Requests for Production of Documents, Set One**
*Krenitsky v. Kirsch, et al.*

Lawrance A. Bohm, Esq.
Kelsey K. Ciarimboli, Esq.
Scott C. Zienty, Esq.
Case No.: 2:18-cv-00690-WBS-DB