Lawrance A. Bohm (SBN: 208716)
Kelsey K. Ciarimboli (SBN: 302611)
Scott C. Zienty (SBN: 324661)
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046

Attorneys for Plaintiff,
ALLAN DAVID KRENITSKY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| ALLAN DAVID KRENITSKY,<br><br>    Plaintiff,<br><br>v.<br><br>A. KIRSCH, Optometrist; J. JACKSON, M.D.; M. MARTINEZ, R.N.;<br><br>    Defendants. | Case No.: 2:18-cv-00690-WBS-DB<br><br>**DECLARATION OF KELSEY K. CIARIMBOLI, ESQ., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANTS JACKSON AND MARTINEZ'S SPECIAL INTERROGATORIES, SET ONE AND REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE**<br><br>Action Filed:  March 29, 2018<br>Trial Date:     TBD |
|---|---|

I, Kelsey K. Ciarimboli, declare as follows:

1.     I am an attorney licensed to practice in all the courts of the state of California and before the federal District Court of the United States for the Eastern District of California. I am an attorney for the Plaintiff in this matter, Allan David Krenitsky. I make this declaration of my own knowledge. If called to do so, I can and will testify to the truth of the matters asserted.

2.     The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

///

1

**Declaration of Kelsey K. Ciarimboli, Esq., in support of Plaintiff's Opposition to Defendants Motion to Compel Plaintiff's Responses to Defendants Special Interrogatories, Set One and Requests for Production of Documents, Set One**
*Krenitsky v. Kirsch, et al.*

Lawrance A. Bohm, Esq.
Kelsey K. Ciarimboli, Esq.
Scott C. Zienty, Esq.
Case No.: 2:18-cv-00690-WBS-DB

3.  On or about November 27, 2018, this Court appointed Lawrance Bohm of Bohm Law Group to this case.

4.  From on or about February 25, 2019 to on or about April 24, 2019, Mr. Bohm was involved in two trials consecutively. One of these trials went three weeks longer than anticipated. Additionally, Mr. Bohm was scheduled to begin another trial on or about April 26, 2019, until it was delayed.

5.  Due to Mr. Bohm's previous commitments, he has been unable to meet with Plaintiff. Kelsey K. Ciarimboli lives and practices in San Diego and thus has been unable to meet with Plaintiff as well. Ms. Ciarimboli is involved in this matter because she helped Mr. Bohm get appointed to this case. As such, Scott Zienty, an associate of Bohm Law Group, is the only attorney that is able to meet with Plaintiff.

6.  On or about March 29, 2019, Plaintiff responded to Defendant Dr. Kirsch's discovery requests.

7.  On or about April 30, 2019, Plaintiff responded to Defendant's discovery requests at issue in this Motion.

8.  Plaintiff was forced to send these responses unverified as Plaintiff's counsel has not been granted clearance to meet with Plaintiff regarding verification. Plaintiff's counsel informed Defendant that Plaintiff would most likely be unable to provide the discovery verifications before the Motion to Compel hearing date.

9.  Plaintiff made assurances to Defendant that he would provide the discovery verifications as soon as Plaintiff's counsel is granted clearance to an in-person appointment with Plaintiff. Mr. Bohm and Ms. Ciarimboli have been granted clearance. Mr. Zienty has applied for clearance but it has not been granted yet.

I declare under penalty of perjury under the laws of California and under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of May, 2019, in San Diego, California.

_____
KELSEY K. CIARIMBOLI, ESQ.
Attorney for Plaintiff

2

**Declaration of Kelsey K. Ciarimboli, Esq., in support of Plaintiff's Opposition to Defendants Motion to Compel Plaintiff's Responses to Defendants Special Interrogatories, Set One and Requests for Production of Documents, Set One**
*Krenitsky v. Kirsch, et al.*

Lawrance A. Bohm, Esq.
Kelsey K. Ciarimboli, Esq.
Scott C. Zienty, Esq.
Case No.: 2:18-cv-00690-WBS-DB

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834