UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY, | No. 2:18-cv-0690 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| A. KIRSCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. On October 17, 2019, the parties filed a stipulation to continue the dates set out in the court's January 29, 2019 scheduling order. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. The dates set out in the court's January 29, 2019 scheduling order are continued.

2. The deadline for non-expert discovery is continued to February 25, 2020. Any motions to compel discovery must be filed by that date.

3. The deadline for the parties to file the joint statement described in the court's January 29 order is continued to March 2, 2020.

DATED: October 25, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/kren0690.dso eot

1