Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY <br><br> Plaintiff(s) <br><br> vs. <br><br> A. KIRSCH, OPTOMETRIST, et al. <br><br> Defendants. <br> _____ / | No. 2:18-cv-00690-WBS-DB <br><br> REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT |

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, KELSEY K. CIARIMBOLI, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on NOVEMBER 27, 2018, by the Honorable DEBORAH BARNES, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Taking the deposition of Defendants A. Kirsch, J. Jackson, and M. Martinez, is crucial for the claim in this matter of deliberate indifference to a serious medical need, as this claim centers on the knowledge, belief, and intent of defendants as it relates to their actions towards Plaintiff and his serious medical need. Each deposition is expected to last seven hours. Reporting and transcription will be done by Royal Phillips, Inc. Litigation Productions, Inc., will video record. Royal Phillips' rate charges $4.45 per page, plus a flat rate for reporter appearance of $200 for a full day. Based on average expenses converted into an hourly rate, we estimate the cost of each deposition to be $1,675.00 for court reporter and transcription services. Litigation Productions will charge a flat rate of $300 per deposition for video recording. Each deposition will cost $1,975. Therefore, we request permission to incur $5,925 in costs to conduct these three crucial depositions of defendants.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 5,925.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:18-cv-00690-WBS-DB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $5,025 | No payment of costs requested or approved to-date | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of October, 20 19, at Sacramento, California.

_____
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved → in the amount of $5,025.00    _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 11-19-19

_____
United States District Judge/Magistrate Judge