IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALLAN DAVID KRENITSKY, | Case No.: 2:18-cv-00690-WBS-DB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| A. KIRSCH, Optometrist; J. JACKSON, M.D.; M. MARTINEZ, R.N.; | Action Filed: March 29, 2018 |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. On January 14, 2020, the parties filed a stipulation to continue the dates set out in the court's October 25, 2019 scheduling order. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. The dates set out in the court's October 25, 2019 scheduling order are continued.
2. The deadline for non-expert discovery is continued to April 27, 2020. Any motions to compel discovery must be filed by that date.
3. The deadline for the parties to file the joint statement described in the court's January 29, 2019 order is continued to May 1, 2020.

DATED: January 15 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/kren0690.dso eot(3)