UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>          Plaintiff,<br><br>    v.<br><br>A. KIRSCH, et al.,<br><br>          Defendants. | No. 2:18-cv-0690 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. On March 24, 2020, the parties filed a stipulation to continue the dates set out in the court's January 15, 2020 scheduling order. Good cause appearing, IT IS HEREBY ORDERED:

1. The dates set out in the court's January 15, 2020 scheduling order are continued.

2. The deadline for non-expert discovery is continued to June 29, 2020. Any motions to compel discovery must be filed by that date.

3. The deadline for the parties to file the joint statement described in the court's January 29, 2019 order is continued to July 1, 2020.

DATED: April 2, 2020

                                                /s/ DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/kren0690.dso eot(4)