UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>        Plaintiff,<br><br>     v.<br><br>A. KIRSCH, et al.,<br><br>        Defendants. | No. 2:18-cv-0690 WBS DB P<br><br><br>ORDER |

The parties have stipulated to continue the dates set out in the court's April 2, 2020 scheduling order. (ECF No. 51.) Good cause appearing, IT IS HEREBY ORDERED:

1. The dates set out in the court's April 2, 2020 scheduling order are continued.

2. The deadline for non-expert discovery is continued to September 29, 2020. Any motions to compel discovery must be filed by that date.

3. The deadline for the parties to file the joint statement described in the court's January 29, 2019 order is continued to October 1, 2020.

Dated: June 23, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/kren0690.dso eot5

1