UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. KIRSCH, et al.,<br><br>    Defendants. | No.  2:18-cv-0690 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action under 42 U.S.C. § 1983.  On July 2, 2020, defendants Martinez and Jackson filed a motion to quash subpoenas under Federal Rule of Civil Procedure 45.  (ECF No. 53.)  The motion was accompanied by a memorandum of points and authorities.  On July 24, plaintiff filed a memorandum in opposition.  (ECF No. 56.)  To date, the parties have filed nothing further regarding the motion.  A hearing on the motion is scheduled for August 7, 2020.

Local Rule 251(a) provides that discovery motions, including motions made pursuant to Rule 45, may be heard by filing a notice of motion and motion scheduling the hearing date.  "No other documents need be filed at this time."  E.D. Cal. R. 251(a).  In addition, Rule 251(c) provides that, if after filing notice of the motion and continued meet and confer efforts the moving party is still dissatisfied, the parties shall draft and file a "Joint Statement re Discovery Disagreement."  "All arguments and briefing that would otherwise be included in a memorandum

1

of points and authorities supporting or opposing the motion shall be included in this joint statement, and no separate briefing shall be filed." E.D. Cal. R. 251(c).  A Joint Statement must be filed "at least seven (7) days" prior to the August 7, 2020 hearing.  E.D. Cal. R. 251(a).

The undersigned's Standard Information re discovery disputes set forth on the court's web page explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video conferencing" prior to the filing of the Joint Statement.  See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.

In the present case, both parties filed briefing, contrary to the requirements of Local Rule 251.  In addition, defendants failed to file a timely Joint Statement.  Upon the failure to timely file a Joint Statement "[t]he hearing may be dropped from the calendar without prejudice[.]"  E.D. Cal. R. 251(a).

Accordingly, IT IS HEREBY ORDERED that the motion to quash of defendants Martinez and Jackson (ECF No. 53) is dismissed without prejudice and the hearing scheduled for August 7, 2020 before the undersigned is vacated.

Dated:  August 3, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/kren0690.no jt stmt