UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. KIRSCH, et al.,<br><br>　　　　　Defendants. | No.  2:18-cv-0690 WBS DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. On April 12, 2021, plaintiff filed a renewed motion to proceed in forma pauperis. (ECF Nos. 69, 72.)  On or before May 12, 2021, defendants shall file a response.  Within twenty days of service of defendants' response, plaintiff may file a reply.

　　　　IT IS SO ORDERED.

Dated:  April 20, 2021

DLB:9
DB/prisoner-civil rights/kren0690.renewed ifp resp

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1