UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>              Plaintiff,<br><br>     v.<br><br>A. KIRSCH, et al.,<br><br>              Defendants. | No. 2:18-cv-0690 WBS DB P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under to 42 U.S.C. § 1983. On August 26, 2021, the court granted plaintiff's motion to appoint counsel and referred the action to the court's Alternative Dispute Resolution and Pro Bono Program Director to locate an attorney willing to accept the appointment. (ECF No. 85.) M. Greg Mullanax has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. M. Greg Mullanax is appointed as counsel for plaintiff in the above entitled matter.
2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

////

////

1

3. The Clerk of the Court is directed to serve a copy of this order on M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, CA 93703.

Dated:  September 9, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/kren0690.31(b)