UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY, | No. 2:18-cv-0690 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| A. KIRSCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner represented by counsel who is proceeding with a civil rights action under 42 U.S.C. § 1983. The parties have filed a stipulated request to continue the hearing on defendants' motions for summary judgment.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that the hearing on defendants' motions for summary judgment (ECF Nos. 87, 89) and on the request for judicial notice (ECF No. 88) is continued from December 10, 2021 to January 28, 2022 at 10:00 a.m. in courtroom #27.

Dated: November 19, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/kren0690.MSJ eot

1