1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11    ALLAN DAVID KRENITSKY,                No.  2:18-cv-0690 WBS DB P
12                   Plaintiff,
13         v.                               ORDER
14    A. KIRSCH, et al.,
15                   Defendants.
16
17         Plaintiff is a state prisoner proceeding through counsel with a civil rights action under 42
18    U.S.C. § 1983.  On March 15, 2022, the district court denied defendants' motions for summary
19    judgment.  Before the parties file pretrial statements, they shall inform the court whether a
20    settlement conference should be scheduled at this time.
21         Accordingly, IT IS HEREBY ORDERED that within thirty days of the filed date of this
22    order, the parties shall file statements informing the court whether a settlement conference should
23    be scheduled and, if it is, whether they consent to the undersigned magistrate judge presiding over
24    the conference or whether another magistrate judge should do so.
25    Dated:  March 23, 2022
26
27
28    DLB:9/DB prisoner inbox/civil rights/R/kren0690.sjd sett conf

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2