UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>          Plaintiff,<br><br>    v.<br><br>A. KIRSCH, et al.,<br><br>          Defendants. | No.  2:18-cv-0690 WBS DB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding through counsel with a civil rights action under 42 U.S.C. § 1983.  On March 15, 2022, the court denied defendants' motions for summary judgment.  The undersigned magistrate judge held a settlement conference on June 14, 2022.  The parties did not reach a settlement at that time.  Accordingly, this case shall proceed to trial.

      A pretrial conference is set for September 12, 2022, at 1:30 p.m. before District Judge William B. Shubb in Courtroom No. 5 or via videoconference.  The Courtroom Deputy will notify the parties prior to the conference whether the conference will be held in person or via videoconference.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

      Counsel for all parties are to be fully prepared for trial at the time of the pretrial conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and

282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively-pled defenses.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

Trial is set to begin November 15, 2022 at 9:00 a.m. before District Judge William B. Shubb in Courtroom No. 5.

IT IS SO ORDERED.

Dated:  June 29, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/kren0690.ptc