1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Catherine Woodbridge, State Bar No. 186186
   Supervising Deputy Attorney General
3  John C. Bridges, State Bar No. 248553
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7529
6    Fax:  (916) 322-8288
     E-mail:  John.Bridges@doj.ca.gov
7  *Attorneys for Defendants J. JACKSON*
   *and M. MARTINEZ*

8
   Susan E. Coleman (SBN 171832)              M. Greg Mullanax (SBN 155138)
9  E-mail:  scoleman@bwslaw.com              E-mail:  greg@lawmgm.com
   Martin Kosla (SBN 247224)                 LAW OFFICE OF M. GREG
10 E-mail: mkosla@bwslaw.com                  MULLANAX
   BURKE, WILLIAMS & SORENSEN, LLP             2140 N. Winery Avenue, Suite 101
11   444 South Flower Street, Suite 2400       Fresno, CA  93703
     Los Angeles, CA  90071-2953              Telephone:  (559) 420-1222
12   Telephone:  (213) 236-0600              *Attorneys for Plaintiff*
     Fax:  (213) 236-2700                    *ALLAN DAVID KRENITSKY*
13 *Attorneys for Defendant*
   *A. KIRSCH, O.D.*
14

15

16                   IN THE UNITED STATES DISTRICT COURT

17              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

18

19

20 | **ALLAN DAVID KRENITSKY,** | CASE NO.: 2:18-cv-0690 WBS DB (PC) |
   | --- | --- |
21 | Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND RELATED DATES** |
22 | **v.** | |
23 | **A. KIRSCH, Optomotrist, J. JACKSON, M.D., M. MARTINEZ, R.N.,** | |
24 | Defendants. | Courtroom:     27 |
   | | Judge:          The Honorable Deborah Barnes |
   | | Trial Date:    N/A |
25 | | Action Filed:  March 29, 2018 |
26

27

28

1

1    **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

2        Plaintiff, by and through his counsel of record M. Greg Mullanax, Esq., Defendants M.

3 Martinez, R.N. and J. Jackson, M.D., by and through their counsel of record John C. Bridges,

4 Esq., and Defendant A. Kirsch, O.D., by and through his counsel of record Susan E. Coleman,

5 Esq., and Martin Kosla, Esq., hereby stipulate to continue the trial date in this matter, as well as

6 any corresponding dates and deadlines associated with the trial date.  The trial is currently

7 scheduled for November 15, 2022, at 9:00 a.m. in Courtroom 5 before the Hon. William B.

8 Shubb.  (ECF No. 113.)

9       **WHEREAS**, counsel for Defendant Kirsch has a current trial conflict on November 15,

10 2022 in the Central District of California before the Hon. Jesus G. Bernal, and is therefore unable

11 to participate in this trial as currently scheduled.  The trial in the other matter (*Richards v. Pickett,*

12 Case No. 5:18-cv-00912-JGB-SHK) was set on November 29, 2021, prior to the court's Order

13 scheduling this matter for trial.

14       **WHEREAS**, the parties are exploring the possibility of further alternate dispute

15 resolution to resolve the matter.

16       **WHEREAS**, the parties have agreed to depose Plaintiff third party medical providers

17 related to the facts and circumstances of the claims in this case, and have had delays in locating

18 and serving subpoenas on these providers.  Several of the medical providers whose testimony is

19 necessary to evaluate this matter for further settlement negotiations and to prepare this matter for

20 trial have relocated to different facilities and the parties need time to secure their deposition

21 testimony.

22       **WHEREAS**, good cause is based on Defense counsel's trial conflict, as well as the

23 inability to conduct expert discovery in order to prepare the case for trial and/or evaluate the case

24 for further alternate dispute resolution.  Further, no party will be prejudiced by the proposal, and

25 the continuance will ensure that each side has a fair opportunity to conduct discovery.  A

26 proposed order is submitted herewith.  The parties jointly request that the Court enter the

27 proposed order.

28

Stipulation and Order Regarding Continuance of Trial Date and Related Dates (2:18-cv-0690 WBS DB (PC))

1        IT IS STIPULATED AND AGREED BY the Parties that the Court enter an order

2    continuing the trial date and all corresponding trial-related deadlines.

3    Dated:  August 8, 2022                          Respectfully submitted,

4                                                    ROB BONTA
                                                     Attorney General of California
5                                                    CATHERINE WOODBRIDGE
                                                     Supervising Deputy Attorney General
6

7
                                                     /s/ John C. Bridges
8                                                    JOHN C. BRIDGES
                                                     Deputy Attorney General
9                                                    *Attorneys for Defendants J. Jackson
                                                     and M. Martinez*
10

11

12   Dated:  August 8, 2022                          Respectfully submitted,

13                                                   BURKE, WILLIAMS, AND SORENSEN, LLP

14

15
                                                     /s/ Martin Kosla   (as authorized on 8/8/22)
16                                                   SUSAN E. COLEMAN
                                                     MARTIN KOSLA
17                                                   *Attorney for Defendant A. Kirsch, O.D.*

18

19   Dated:  August 8, 2022                          Respectfully submitted,

20                                                   LAW OFFICE OF M. GREG MULLANAX

21

22
                                                     /s/ M. Greg Mullanax (as authorized on 8/8/22)
23                                                   M. GREG MULLANAX
                                                     *Attorney for Plaintiff Allan David Krenitsky*
24

25

26

27

28

3

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLAN DAVID KRENITSKY,** | CASE NO.: 2:18-cv-0690 WBS DB (PC) |
| Plaintiff, | |
| **v.** | **ORDER** |
| **A. KIRSCH, Optomotrist, J. JACKSON, M.D., M. MARTINEZ, R.N.,** | |
| Defendants. | Courtroom:    27<br>Judge:          The Honorable Deborah Barnes<br>Trial Date:   N/A<br>Action Filed:  March 29, 2018 |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983.  On August 8, 2022, the parties filed a stipulation to continue the trial date and corresponding trial-related dates.  Good cause appearing, IT IS HEREBY ORDERED as follows:

1. The current trial date of November 15, 2022 is reset for June 21, 2023 at 9:00 a.m. in Courtroom 5 before the Hon. William B. Shubb;

2. The Pretrial Conference date of  September 12, 2022 is reset for April 24, 2023 at1:30 p.m..

3. All deadlines related to the trial date will be continued to correspond with the new trial date.

Dated:  August 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

Stipulation and Order Regarding Continuance of Trial Date and Related Dates (2:18-cv-0690 WBS DB (PC))