1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | ALLAN DAVID KRENITSKY,

12 |        Plaintiff,

13 | v.

14 | A. KIRSCH, OPTOMETRIST; J. JACKSON, M.D.; M. MARTINEZ, R.N.,

15 |

16 |        Defendants.

17

18

Case No. 2:18-cv-00690-WBS-DB

**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE DUE TO TENTATIVE SETTLEMENT**

Judge: _ Hon. William B. Shubb

Action Filed:   03/29/18
Pretrial Conf.:   04/23/23
Trial:             06/21/23

19

20      GOOD CAUSE APPEARING, the Court hereby GRANTS the parties' joint

21 stipulation to continue the pretrial conference set for April 24, 2023, together with

22 any pretrial deadlines, to May 22, 2023, at 1:30 p.m., to provide additional time for

23 the parties to finalize their tentative settlement of the case.

      IT IS SO ORDERED.

24
Dated:  April 21, 2023

25
_____
WILLIAM B. SHUBB
26
UNITED STATES DISTRICT JUDGE

27

28

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

1  Respectfully submitted,

2  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
3  Martin Kosla (SBN 247224)
   E-mail:  mkosla@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
5  Los Angeles, CA  90071-2953
   Tel:  213.236.0600 Fax:  213.236.2700
6
   Attorneys for Defendant
7  A. KIRSCH, O.D.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

2:18-CV-00690-WBS-DB
ORDER RE STIP. TO CONT. PTC