UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A. KIRSCH, OPTOMETRIST; J. JACKSON, M.D.; M. MARTINEZ, R.N.,<br><br>　　　　Defendants. | Case No. 2:18-cv-00690-WBS-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS A. KIRSCH AND M. MARTINEZ**<br><br>Judge:  Hon. William B. Shubb<br><br>Action Filed:　　　　03/29/18<br>Settlement Status Conf:  06/21/23 |

GOOD CAUSE APPEARING, the Court hereby GRANTS the parties' joint stipulation to dismiss individual defendants A. Kirsch and M. Martinez with prejudice, with parties bearing their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: May 30, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1  Respectfully submitted,

2  M. Greg Mullanax (SBN 155138)
   E-mail: greg@lawmgm.com
3  Law Office of M. Greg Mullanax
   2140 N. Winery Avenue, Suite 101
4  Fresno, CA 93703
   (559) 420-1222
5
   Attorney for Plaintiff
6  Allan David Krenitsky

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28