UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>  Plaintiff,<br><br>v.<br><br>A. KIRSCH, OPTOMETRIST; J. JACKSON, M.D.; M. MARTINEZ, R.N.,<br><br>  Defendants. | Case No. 2:18-cv-00690-WBS-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT STATUS CONFERENCE**<br><br>Judge:  Hon. William B. Shubb<br><br>Action Filed:          03/29/18<br>Settlement Status Conf:  06/21/23 |

GOOD CAUSE APPEARING, the Court hereby GRANTS the parties' joint stipulation to continue the Status Conference re Settlement to July 31, 2023, at 1:30 p.m. The Settlement Status Conference scheduled for June 20, 2023, is hereby vacated.  The parties shall file their stipulated dismissal no later than 7/17/2023, or a Joint Status Report by that date if settlement has not been finalized.

IT IS SO ORDERED.

Dated: June 14, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3   Respectfully submitted,
4   M. Greg Mullanax (SBN 155138)
    E-mail: greg@lawmgm.com
    Law Office of M. Greg Mullanax
5   2140 N. Winery Avenue, Suite 101
    Fresno, CA 93703
6   (559) 420-1222
7   Attorney for Plaintiff
    Allan David Krenitsky
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28