UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DAVID KRENITSKY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A. KIRSCH, OPTOMETRIST; J. JACKSON, M.D.; M. MARTINEZ, R.N.,<br><br>　　　　Defendants. | Case No. 2:18-cv-00690-WBS-DB<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE RE SETTLEMENT**<br><br>Judge:　Hon. William B. Shubb<br><br>Action Filed:　3/29/18<br>Status Conf.:　7/31/23<br>Pretrial Conf.:　None<br>Trial:　None |

GOOD CAUSE APPEARING, and because the additional time is needed by the parties to finalize the settlement (as outlined in Doc. #128), the Court hereby GRANTS the parties' joint stipulation and request to continue the Status Conference re Settlement set for July 31, 2023, to **August 28, 2023, at 1:30 p.m.** The parties shall file their stipulated dismissal by **August 21, 2023**, or file an updated Joint Status Report if settlement has not been finalized and the case dismissed by that date.

///

///

1  IT IS SO ORDERED.

3  Dated: July 25, 2023

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE

1  Respectfully submitted,

2  Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
3  Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
5  Los Angeles, CA  90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

6

Attorneys for Defendant
7  A. KIRSCH, O.D.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28