UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALLAN DAVID KRENITSKY, | Case No. 2:18-cv-00690-WBS-DB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE RE SETTLEMENT** |
| v. | |
| A. KIRSCH, OPTOMETRIST; J. JACKSON, M.D.; M. MARTINEZ, R.N., | |
| Defendants. | Judge: Hon. William B. Shubb |
| | Action Filed: 3/29/18<br>Status Conf.: 10/10/23<br>Pretrial Conf.: None<br>Trial: None |

GOOD CAUSE APPEARING, and because the additional time is needed by the parties for the settlement check to be issued and delivered to Plaintiff (as outlined in Doc. #133), the Court hereby GRANTS the parties' joint stipulation and request to continue the Status Conference re Settlement set for October 10, 2023, to **December 18, 2023, at 1:30 p.m.**

The Court further orders that dispositional documents are to be filed by **December 4, 2023**.

///

1  The Status Conference re Settlement set for December 18, 2023 shall be
2  automatically VACATED upon the Court's receipt of the dispositional documents.

4  IT IS SO ORDERED.

6  Dated: September 27, 2023

   _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

2:18-CV-00690-WBS-DB
ORDER TO CONT. STATUS CONF.

1 Respectfully submitted,

2 Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
3 Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
4 BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
5 Los Angeles, CA  90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

6

Attorneys for Defendant
7 A. KIRSCH, O.D.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 3 -

2:18-CV-00690-WBS-DB
ORDER TO CONT. STATUS CONF.