1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11   ALLAN DAVID KRENITSKY,              Case No. 2:18-cv-00690-WBS-DB
12              Plaintiff,               **ORDER GRANTING JOINT
                                         STIPULATION TO CONTINUE
13   v.                                  SETTLEMENT STATUS
                                         CONFERENCE**
14   A. KIRSCH, OPTOMETRIST; J.
     JACKSON, M.D.; M. MARTINEZ,
15   R.N.,                              Judge:  Hon. William B. Shubb
16              Defendants.             Action Filed:          03/29/2018
                                        Settlement Status Conf:  12/18/2023
17
18
19         GOOD CAUSE APPEARING, the Court hereby GRANTS the parties' joint

20   stipulation to continue the Settlement Status Conference to **March 11, 2024, at**

21   **1:30 p.m.**   A further joint status report shall be filed no later than **February 26,**

22   **2024** if a stipulated dismissal has not been filed by that date.  The Settlement Status

23   Conference scheduled for December 18, 2023, is hereby vacated.

24         IT IS SO ORDERED.

25
26   Dated:  December 5, 2023
                                        _____
27                                      WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE
28

1    Respectfully submitted,

2    M. Greg Mullanax (SBN 155138)
     E-mail: greg@lawmgm.com
3    Law Office of M. Greg Mullanax
     2140 N. Winery Avenue, Suite 101
4    Fresno, CA 93703
     (559) 420-1222
5
     Attorney for Plaintiff
6    Allan David Krenitsky

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:18-CV-00690-WBS-DB
ORDER RE STIP. TO CONTINUE
SETTLEMENT STATUS CONF